**Order entered August 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00161-CR

### MANUEL ROCHA JR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F15-75818-L**

## ORDER

Before the Court is appellant's July 30, 2018 second motion to extend time to file his brief. We **GRANT** the motion to the extent and **ORDER** the brief filed on or before August 31, 2018. Appellant is cautioned that the failure to file a brief by that time may result in this appeal being abated for a hearing under rule 38.8(b). TEX. R. APP. P. 38.8(b).

/s/     CRAIG  STODDART
JUSTICE